IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARSHALL DON BARROWS                                        PLAINTIFF

          v.          Civil No. 13-5175

SHERIFF TIM HELDER, Washington
County, Arkansas; OFFICER ARON
SMITH; OFFICER HOLIDAY; and
CORPORAL LONG                                             DEFENDANTS

<u>O R D E R</u>

Now on this 13th day of March, 2014, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #22), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

IT IS THEREFORE ORDERED that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

IT IS **FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice**.

IT IS SO ORDERED.

          /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE