```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**MARSHALL DON BARROWS**                                              PLAINTIFF

        v.            Civil No. 13-5175

**SHERIFF TIM HELDER, Washington
County, Arkansas; OFFICER ARON
SMITH; OFFICER HOLIDAY; and
CORPORAL LONG**                                                      DEFENDANTS

### O R D E R

Now on this 13th day of March, 2014, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #22), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**